# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$14,755.00 IN U.S. CURRENCY,

      Defendant.

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**
Civil No. 16-303 (MJD/TNL)

Craig R. Baune, Assistant United States Attorney, Counsel for Plaintiff.

No appearance for Defendant.

    Based on the motion of the United States for an order: (1) granting default judgment against Marquincy Antwon Steverson and all unknown persons and entities who have failed to file a verified claim to the defendant currency and answer to the Complaint for Forfeiture *In Rem* and (2) for a final order of forfeiture as to the defendant currency; and based on all the files and records in this action, the Court finds as follows:

    1.    A Verified Complaint for Forfeiture *In Rem*, was filed by the United States on February 8, 2016, alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. A Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on February 8, 2016, directing the U.S. Marshal to arrest the defendant currency and to serve all persons thought to have a potential interest in the defendant currency with a copy of the Complaint for Forfeiture *In Rem*, and the Warrant of Arrest and Notice *In Rem*;

3. On February 12, 2016, a Notice of Judicial Forfeiture Proceedings, the Verified Complaint for Forfeiture *In Rem*, and the Warrant of Arrest and Notice *In* Rem, were sent by certified mail to Reid M. Goldetsky, Esq., as counsel for Marquincy Antwon Steverson;

4. Pursuant to Rule G(4)(a)(iv)(C), the U.S. Attorney's Office posted a notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 12, 2016;

5. No verified claim or answer has been filed, and the time for filing a claim and answer has expired under Rule G(5), Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions;

6. Based upon the information in the Verified Complaint, the United States has met its burden to prove by a preponderance of the evidence that the

defendant currency was furnished or intended to be furnished in exchange for a controlled substance.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The motion of the United States for a default judgment and final order of forfeiture [Docket No. 7] is **GRANTED.**

2. A default judgment is entered against Marquincy Antwon Steverson and all unknown persons and entities having an interest in the defendant currency for failure to file a verified statement of interest in or right against the defendant currency and an answer to the Verified Complaint for Forfeiture *In Rem* as required by 18 U.S.C. § 983(a)(4)(A) and (B), and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. The defendant $14,755.00 in U.S. Currency is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6) for disposition in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 25, 2016

s/ Michael J. Davis
Michael J. Davis
United States District Court